THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Samuel Keith Jackson, Petitioner,
 
 
 

v.

 
 
 
 State of South Carolina, Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal From Florence County
 Joseph J. Watson, Trial Judge
J. Michael Baxley, Post-Conviction Relief Judge
__________
Memorandum Opinion No. 2005-MO-035
Submitted June 2, 2005 - Filed June 20, 2005

DISMISSED AS IMPROVIDENTLY GRANTED 

 
 
 
 Assistant Appellate Defender Robert M. Pachak, of Office of Appellate Defense, of Columbia, for Petitioner.
 Attorney General Henry D. McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and Assistant Attorney General Julie M. Thames, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  After careful consideration of the appendix and briefs, the writ of certiorari is 
DISMISSED AS IMPROVIDENTLY GRANTED.
TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.